**Fill in this information to identify the case:**

Debtor name: Lutheran Home for the Aged, Inc.

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 25-01707

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $0.00 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1 Fifth Third Bank | Resident Account | 7511 | $176,133.93 |
| 3.2 Old National Bank | Depository Account | 5981 | $217,624.31 |
| 3.3 Old National Bank | Operating Account | 5999 | $43,327.07 |
| 3.4 Old National Bank | Resident Account | 6005 | $167,970.44 |
| 3.5 Wintrust | Investment Account - Money Market | 2526 | $200.56 |
| 3.6 Wintrust | Operating Account | 6466 | $1,342,765.38 |

Debtor   Lutheran Home for the Aged, Inc.
Name
Case number *(if known)* 25-01707

Case 25-01707   Doc 14   Filed 03/08/25   Entered 03/08/25 10:01:38   Desc Main
Document   Page 2 of 31

**4. Other cash equivalents** *(Identify all)*

| 4.1 | | |
|---|---|---|
| | Resident Trust | $131,059.00 |

| 4.2 | | |
|---|---|---|
| | Resident Cash | $53,636.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$2,132,716.69

## Part 2:   Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1 | | |
|---|---|---|
| | | $0.00 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1 | | |
|---|---|---|
| | Arthur J. Gallagher Risk Management Services, LLC - Prepaid Insurance | $81,284.97 |
| 8.2 | Caring Communities - Prepaid Insurance | $265,574.81 |
| 8.3 | Clipboard Health - Trade Prepayment | $3,724.05 |
| 8.4 | GCG Risk Management - Prepaid Insurance | $14,441.95 |
| 8.5 | HD Supply - Trade Prepayment | $48.46 |
| 8.6 | Home Depot Credit Services - Trade Prepayment | $6,975.54 |
| 8.7 | Leading Age - Trade Prepayment | $32,908.33 |
| 8.8 | Mail Direct Services - Trade Prepayment | $127.00 |
| 8.9 | Open Sesame - Trade Prepayment | $28,228.40 |
| 8.10 | RF Technologies | $13,232.35 |
| 8.11 | Salesforce, Inc. - Trade Prepayment | $11,211.63 |

| 8.12 | Squire Patton Boggs - Professional Retainer | $325,763.00 |
|---|---|---|
| 8.13 | Summit - Prepaid Workers' Compensation | $1,012,244.00 |
| 8.14 | Thomas Cuisine - Trade Prepayment | $128,627.00 |
| 8.15 | Travelers - Prepaid Insurance | $23,369.88 |
| 8.16 | Unemployment Services Trust - Trade Prepayment | $10,606.45 |
| 8.17 | Ziegler Capital Management LLC - Trade Prepayment | $127.31 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$1,958,495.13

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|

**11. Accounts receivable**

| 11a. | 90 days old or less: | $3,188,600.62 | − | $297,690.60 | = ........ ➔ | $2,890,910.02 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | $679,340.20 | − | $679,340.20 | = ........ ➔ | $0.00 |
| | | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$2,890,910.02

## Part 4:    Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 | | | $0.00 |
|---|---|---|---|

Debtor    Lutheran Home for the Aged, Inc.
          Name
Case number (if known) 25-01707

Case 25-01707    Doc 14    Filed 03/08/25    Entered 03/08/25 10:01:38    Desc Main
Document    Page 4 of 31

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

| 15.1 | | | | $0.00 |
|------|--|--|--|-------|

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1 | | | $0.00 |
|------|--|--|-------|

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$0.00

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------|------------------|------------------|------------------|
| **19. Raw materials** | | | | |
| 19.1 | | | | $0.00 |
| **20. Work in progress** | | | | |
| 20.1 | | | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 | | | | $0.00 |
| **22. Other inventory or supplies** | | | | |
| 22.1   Culinary Inventory | July 2024 | $66,144.39 | Net Book Value | $66,144.39 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$66,144.39

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes    Book value    $66,144.39    Valuation method    Cost    Current value    $66,144.39

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                    $0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1   Furniture and Furishings (Net) | $2,082,035.00 | Net Book Value | $2,082,035.00 |
| **40. Office fixtures** | | | |
| 40.1   See Schedule A/B Question 39 | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1   IT Equipment and Software (Net) | $148,496.00 | Net Book Value | $148,496.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | $2,230,531.00 |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | $0.00 |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | | | $0.00 |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| 50.1 Building Equipment (Net) | $64,304.00 | Net Book Value | $64,304.00 |
| 50.2 Other Equipment (Net) | $180,266.00 | Net Book Value | $180,266.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| |
|---|
| $244,570.00 |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9:  Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  800 West Oakton Street, Arlington Heights, IL 60004 | Owned | N/A | N/A | $0.00 |
| 55.2  Building Improvements (Net) | N/A | $5,761,545.00 | Net Book Value | $5,761,545.00 |
| 55.3  Buildings (Net) | N/A | $62,241,276.00 | Net Book Value | $62,241,276.00 |
| 55.4  Construction in Process (Net) | N/A | $88,930.00 | Net Book Value | $88,930.00 |
| 55.5  Land (Net) | N/A | $20,225.00 | Net Book Value | $20,225.00 |
| 55.6  Land Improvements (Net) | N/A | $59,830.00 | Net Book Value | $59,830.00 |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

| |
|---|
| $68,171,806.00 |

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | | | $0.00 |
| **61. Internet domain names and websites** | | | |
| 61.1 | | | $0.00 |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 | | | $0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1    Resident List | Undetermined | N/A | Undetermined |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 | | | $0.00 |
| **65. Goodwill** | | | |
| 65.1 | | | $0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|

**71. Notes receivable**

Description (include name of obligor)

71.1

| Symbria 2027 Note | $3,168,565.00 | | $2,300,000.00 | = → | $868,565.00 |
|---|---|---|---|---|---|
| | total face amount | - | doubtful or uncollectible amount | | |

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1

| | Tax year | | $0.00 |
|---|---|---|---|

**73. Interests in insurance policies or annuities**

| 73.1 | Interest in Senior Services Organization Professional Liability Policy | Undetermined |
|---|---|---|
| 73.2 | Interest in Commercial General Liability Policy | Undetermined |
| 73.3 | Interest in Employee Benefit Program Policy | Undetermined |
| 73.4 | Interest in Fiduciary Liability Policy | Undetermined |
| 73.5 | Interest in Employment Practices Liability Policy | Undetermined |
| 73.6 | Interest in Directors and Officers Policy | Undetermined |
| 73.7 | Interest in Executive Lines Excess Insurance Policy Policy | Undetermined |
| 73.8 | Interest in Excess Insurance Policy Policy | Undetermined |
| 73.9 | Interest in Property Policy | Undetermined |
| 73.10 | Interest in Auto Policy | Undetermined |
| 73.11 | Interest in Crime Policy | Undetermined |
| 73.12 | Interest in ERISA Fidelity Bond Policy | Undetermined |

Debtor   Lutheran Home for the Aged, Inc.
Name
Case number *(if known)* 25-01707

Case 25-01707   Doc 14   Filed 03/08/25   Entered 03/08/25 10:01:38   Desc Main
Document   Page 10 of 31

| 73.13 | Interest in Workers Comp Policy | Undetermined |
|---|---|---|

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

| 74.1 | | $0.00 |
|---|---|---|
| Nature of Claim | | |
| Amount requested | | |

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| 75.1 | | $0.00 |
|---|---|---|
| Nature of Claim | | |
| Amount requested | | |

**76. Trusts, equitable or future interests in property**

| 76.1 | | $0.00 |
|---|---|---|

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| 77.1 | Intercompany Receivable from Luther Oaks, Inc. | $267,030.00 |
|---|---|---|
| 77.2 | Intercompany Receivable from Lutheran Community Services for the Aged, Inc. | $33,303.00 |
| 77.3 | Intercompany Receivable from Lutheran Life Communities | $5,577,754.00 |
| 77.4 | Intercompany Receivable from Pleasant View Luther Home, Inc. | $285,780.00 |
| 77.5 | Intercompany Receivable from Wittenberg Lutheran Village Endowment Corporation | $1,016,213.00 |
| 77.6 | Intercompany Receivable from Wittenberg Lutheran Village, Inc. | $20,792.00 |
| 77.7 | Intercompany Receivable from WLV Major | $3,011,627.00 |

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| $11,081,064.00 |
|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:   Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $2,132,716.69 | |

Debtor    Lutheran Home for the Aged, Inc.
Name
Case number *(if known)* 25-01707

Case 25-01707    Doc 14    Filed 03/08/25    Entered 03/08/25 10:01:38    Desc Main
Document    Page 11 of 31

**81. Deposits and prepayments.** Copy line 9, Part 2.                          $1,958,495.13

**82. Accounts receivable.** Copy line 12, Part 3.                          $2,890,910.02

**83. Investments.** Copy line 17, Part 4.                          $0.00

**84. Inventory.** Copy line 23, Part 5.                          $66,144.39

**85. Farming and fishing-related assets.** Copy line 33, Part 6.                          $0.00

**86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7.                          $2,230,531.00

**87. Machinery, equipment, and vehicles.** Copy line 51, Part 8.                          $244,570.00

**88. Real property.** Copy line 56, Part 9.                          ➔    $68,171,806.00

**89. Intangibles and intellectual property.**. Copy line 66, Part 10.                          $0.00

**90. All other assets.** Copy line 78, Part 11.                          $11,081,064.00

**91. Total. Add lines 80 through 90 for each column**    91a.    $20,604,431.23          91b.    $68,171,806.00

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.                          $88,776,237.23

**Fill in this information to identify the case:**

Debtor name: Lutheran Home for the Aged, Inc.

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 25-01707

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

Be as complete and accurate as possible.

| Part 1: | List Creditors Who Have Claims Secured by Property |
|---|---|

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

2.1

BANC OF AMERICA LEASING & CAPITAL, LLC
2059 NORTHLAKE PARKWAY, 3RD
TUCKER, GA 30084

**Date debt was incurred?**
2/19/2013

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**

**Describe the lien**
UCC Lien No. 018010100

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: Undetermined

Column B: Undetermined

2.2

COMPUTERSHARE TRUST
COMPANY, N.A.
1505 ENERGY PARK DRIVE
ST. PAUL, MN 55108

**Date debt was incurred?**
12/12/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
___Undetermined___    ___Undetermined___

**Describe the lien**
UCC Lien No. 025027485

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent

☑ Unliquidated

☑ Disputed

2.3

COMPUTERSHARE TRUST
COMPANY, N.A.
1505 ENERGY PARK DRIVE
ST. PAUL, MN 55108

**Date debt was incurred?**
12/12/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
___Undetermined___    ___Undetermined___

**Describe the lien**
UCC Lien No. 025027493

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent

☑ Unliquidated

☑ Disputed

2.4

CSI LEASING, INC.
9990 OLD OLIVE STREET ROAD
ST. LOUIS, MO 63141

**Date debt was incurred?**
2/19/2013

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**

**Describe the lien**
UCC Lien No. 018010100

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Undetermined          Undetermined

2.5

LEAF CAPITAL FUNDING, LLC
AND/OR ITS ASSIGNS
2005 MARKET STREET
14TH FLOOR
PHILADELPHIA, PA 19103

**Date debt was incurred?**
9/24/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**

**Describe the lien**
UCC Lien No. 027712053

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Undetermined          Undetermined

Debtor  Lutheran Home for the Aged, Inc.
Name
Case number *(if known)* 25-01707

Case 25-01707    Doc 14    Filed 03/08/25    Entered 03/08/25 10:01:38    Desc Main
Document    Page 15 of 31

**2.6**

MISSION INVESTMENT FUND OF
THE EVANGELICAL LUTHERAN
CHURCH IN AMERICA
ATTN: CAROLYN GERGITS
8765 W. HIGGINS RD
CHICAGO, IL 60631

**Date debt was incurred?**
7/2/2015

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
All Owned Assets

**Describe the lien**
Line of Credit

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,132,635.00      Undetermined

**2.7**

MISSION INVESTMENT FUND OF
THE EVANGELICAL LUTHERAN
CHURCH IN AMERICA
ATTN: CAROLYN GERGITS
8765 W. HIGGINS RD
CHICAGO, IL 60631

**Date debt was incurred?**
12/1/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
All Owned Assets

**Describe the lien**
Series 2019C Bonds - Subordinated

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,534,756.00      Undetermined

**2.8**

MISSION INVESTMENT FUND OF THE EVANGELICAL LUTHERAN CHURCH IN AMERICA
ATTN: CAROLYN GERGITS
8765 W. HIGGINS RD
CHICAGO, IL 60631

**Date debt was incurred?**
12/16/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**

**Describe the lien**
UCC Lien No. 025034562

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Undetermined    Undetermined

**2.9**

OLD NATIONAL BANK
Attn: KIM MCMAHON, JOHN WHYMAN
8750 W. BRYN MAWR AVENUE
CHICAGO, IL 60631

**Date debt was incurred?**
12/1/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
All Owned Assets

**Describe the lien**
Series 2019B-2 Bonds

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$20,832,655.00    Undetermined

Debtor    Lutheran Home for the Aged, Inc.
Name
Case number *(if known)* 25-01707

Case 25-01707    Doc 14    Filed 03/08/25    Entered 03/08/25 10:01:38    Desc Main
Document    Page 17 of 31

2.10

UMB BANK, N.A.
ATTN: JULIE BECKER
120 SIXTH STREET SOUTH
SUITE 1400
MINNEAPOLIS, MN 55402

**Date debt was incurred?**
12/1/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
All Owned Assets

**Describe the lien**
Series 2019A Bonds

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$151,870,511.00    Undetermined

2.11

UMB BANK, N.A.
ATTN: JULIE BECKER
120 SIXTH STREET SOUTH
SUITE 1400
MINNEAPOLIS, MN 55402

**Date debt was incurred?**
12/12/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**

**Describe the lien**
UCC Lien No. 025027485

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Undetermined    Undetermined

Debtor _Lutheran Home for the Aged, Inc._
Name
Case number *(if known)* 25-01707

Case 25-01707    Doc 14    Filed 03/08/25    Entered 03/08/25 10:01:38    Desc Main
Document    Page 18 of 31

2.12

UMB BANK, N.A.
ATTN: JULIE BECKER
120 SIXTH STREET SOUTH
SUITE 1400
MINNEAPOLIS, MN 55402

**Date debt was incurred?**
12/12/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**    Undetermined    Undetermined

**Describe the lien**
UCC Lien No. 025027493

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

2.13

WELLS FARGO BANK, NATIONAL ASSOCIATION
10 SOUTH WACKER DRIVE
13TH FLOOR
CHICAGO, IL 60606

**Date debt was incurred?**
12/12/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**    Undetermined    Undetermined

**Describe the lien**
UCC Lien No. 025027485

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

2.14

WELLS FARGO BANK, NATIONAL
ASSOCIATION
10 SOUTH WACKER DRIVE
13TH FLOOR
CHICAGO, IL 60606

**Date debt was incurred?**
12/12/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest
in the same property?**
☐ No

☐ Yes. Specify each creditor, including

this creditor, and its relative priority.

**Describe debtor's property that is subject to
the lien:**                          Undetermined          Undetermined

**Describe the lien**
UCC Lien No. 025027493

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent

☑ Unliquidated

☑ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional
Page, if any.**                                                    $184,370,557.00

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of
claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 | | |

**Fill in this information to identify the case:**

Debtor name: Lutheran Home for the Aged, Inc.

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 25-01707

☐ **Check if this is an amended filing**

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

2.1

INTERNAL REVENUE SERVICE
230 S DEARBORN ST
CHICAGO, IL 60604

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: Undetermined
Priority amount: Undetermined

2.2

ILLINOIS DEPT OF REVENUE (IDOR)
ATTN: TAX DEPARTMENT
101 W JEFFERSON ST
SPRINGFIELD, IL 62702

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: Undetermined
Priority amount: Undetermined

Debtor  Lutheran Home for the Aged, Inc.
        Name
Case number *(if known)* 25-01707

Case 25-01707    Doc 14    Filed 03/08/25    Entered 03/08/25 10:01:38    Desc Main
                          Document      Page 21 of 31

### 2.3

VILLAGE OF ARLINGTON HEIGHTS
ATTN: TAX DEPARTMENT
33 S ARLINGTON HEIGHTS RD
ARLINGTON HEIGHTS, IL 60005

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**     Undetermined     Undetermined
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

### 2.4

COOK COUNTY PROPERTY TAX
118 N CLARK ST
3RD FL
CHICAGO, IL 60602

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**     Undetermined     Undetermined
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

### 3.1

See Schedule F Attachment

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $10,830,286.27
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor  Lutheran Home for the Aged, Inc.
Name
Case number (if known) 25-01707

Case 25-01707    Doc 14    Filed 03/08/25    Entered 03/08/25 10:01:38    Desc Main
Document    Page 22 of 31

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line | |
| | ☐ Not listed. Explain | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. | $10,830,286.27 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $10,830,286.27 |

| ID | Creditor's Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | ZIP | Date Incurred | Last 4 Digits of Account # | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.001 | 1834 INVESTMENT ADVISORS CO | 511 N BROADWAY ST | SUITE 801 | | | MILWAUKEE | WI | 53202 | Undetermined | | Trade Claim | | | | No | $84.00 |
| 3.002 | 3RDTHIRD MARKETING LLC | ATTN: LEGAL DEPT | PO BOX 803 | | | HOSCH | WI | 54626 | Undetermined | | Trade Claim | | | | No | $8,561.25 |
| 3.003 | ABSOLUTE FIRE PROTECTION, INC | 5279 26TH AVE | | | | ROCKFORD | IL | 61109 | Undetermined | | Trade Claim | | | | No | $3,200.00 |
| 3.004 | ACCELERATED CARE PLUS LEASING, INC | 13828 COLLECTIONS CENTER DRIVE | | | | CHICAGO | IL | 60693 | Undetermined | | Trade Claim | | | | No | $1,085.56 |
| 3.005 | ACCURATE BIOMETRICS, INC | 500 PARK BOULEVARD, SUITE 1260 | | | | ITASCA | IL | 60143 | 03/01/2024 | | Uncashed Check No: 111213 | | | | No | $513.00 |
| 3.006 | ACCUTECH CO | 10125 S 52ND STREET | | | | FRANKLIN | WI | 53132 | Undetermined | | Trade Claim | | | | No | $903.78 |
| 3.007 | ACCUTECH CO | 10125 S 52ND STREET | | | | FRANKLIN | WI | 53132 | 1/20/2025 | | Uncashed Check No: 2209 | | | | No | $4,298.46 |
| 3.008 | ACHIEVE ACCREDITATION | C/O AMCO SERVICES | 720 INDUSTRIAL DRIVE, STE. 120 | | | CARY | IL | 60013 | Undetermined | | Trade Claim | | | | No | $880.51 |
| 3.009 | ADVACARE SYSTEMS INC | 2930 NORTH PULASKI RD | | | | CHICAGO | IL | 60641 | Undetermined | | Trade Claim | | | | No | $9,398.02 |
| 3.010 | ADVACARE SYSTEMS INC | 2930 NORTH PULASKI RD | | | | CHICAGO | IL | 60641 | 11/27/2024 | | Uncashed Check No: 1874 | | | | No | $9,144.98 |
| 3.011 | ADVENT SYSTEMS, INC | 435 W FULLERTON AVENUE | | | | ELMHURST | IL | 60126 | 12/11/2024 | | Uncashed Check No: 101775 | | | | No | $1,645.00 |
| 3.012 | ALBERTSONS COMPANIES INC | PO BOX 742382 | | | | LOS ANGELES | CA | 90074-2382 | Undetermined | | Trade Claim | | | | No | $5,969.14 |
| 3.013 | RESIDENT 838 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $1,054.24 |
| 3.014 | RESIDENT 10, ID 70627 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $31,892.30 |
| 3.015 | RESIDENT 10, ID 70627 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | x | | | No | $98.85 |
| 3.016 | ALLISON VANDERPOEL | ADDRESS ON FILE | | | | | | | 02/26/2021 | | Uncashed Check No: 102350 | | | | No | $402.26 |
| 3.017 | RESIDENT 824 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | | | | No | $2,735.17 |
| 3.018 | AMERICAN COMPRESSED GASES, INC | P.O BOX 715 | | | | WESTWOOD | NJ | 7675 | Undetermined | | Trade Claim | | | | No | $82.00 |
| 3.019 | AMERICAN COMPRESSED GASES, INC | P.O BOX 715 | | | | WESTWOOD | NJ | 7675 | 1/30/2025 | | Uncashed Check No: 2210 | | | | No | $600.50 |
| 3.020 | AMERICAN MESSAGING | PO BOX 5749 | | | | CAROL STREAM | IL | 60197 | Undetermined | | Trade Claim | | | | No | $25.77 |
| 3.021 | ANDERSON PEST SOLUTIONS | PO BOX 740808 | | | | CINCINNATI | OH | 45274-0808 | Undetermined | | Trade Claim | | | | No | $55.44 |
| 3.022 | ANDERSON PEST SOLUTIONS | PO BOX 740808 | | | | CINCINNATI | OH | 45274-0808 | 1/30/2025 | | Uncashed Check No: 2204 | | | | No | $1,535.00 |
| 3.023 | RESIDENT 875 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $1,811.22 |
| 3.024 | RESIDENT 1006 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | x | | | No | $7,318.46 |
| 3.025 | RESIDENT 882 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $42.47 |
| 3.026 | RESIDENT 850 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $595.05 |
| 3.027 | RESIDENT 10, ID 64295 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | x | | | No | $7,763.07 |
| 3.028 | RESIDENT 1089 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | x | | | No | $7,072.01 |
| 3.029 | RESIDENT 1090 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | x | | | No | $2,280.48 |
| 3.030 | ARLINGTON EYE PHYSICIANS | 1904 W CENTRAL RD | | | | ARLINGTON HTS | IL | 60005-2452 | 02/12/2021 | | Uncashed Check No: 102354 | | | | No | $89.49 |
| 3.031 | ARNERI, KIMBERLY | ADDRESS ON FILE | | | | | | | 09/06/2022 | | Uncashed Check No: 106196 | | | | No | $975.00 |
| 3.032 | RESIDENT 10, ID 74943 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | x | | | No | $7,765.07 |
| 3.033 | ASIAN ENTERPRISES | 1035 MEGHAN AVE | | | | ALGONQUIN | IL | 60102 | Undetermined | | Trade Claim | | | | No | $7,590.00 |
| 3.034 | ASIAN ENTERPRISES | 1035 MEGHAN AVE | | | | ALGONQUIN | IL | 60102 | 1/30/2025 | | Uncashed Check No: 2234 | | | | No | $10,350.00 |
| 3.035 | AUTOMATIC APPLIANCE PARTS | 7757 W LAWRENCE AVE | | | | NORRIDGE | IL | 60706 | Undetermined | | Trade Claim | | | | No | $45.16 |
| 3.036 | AVALON HEALTH CARE MANAGEMENT INC | 206 NORTH 2100 WEST | | | | SALT LAKE CITY | UT | 84116 | 1/8/2025 | | Uncashed Check No: 2095 | | | | No | $350.00 |
| 3.037 | BAIK, PATRICIA | ADDRESS ON FILE | | | | | | | 06/20/2021 | | Uncashed Check No: 103600 | | | | No | $22.29 |
| 3.038 | BAIK, PATRICIA | ADDRESS ON FILE | | | | | | | 10/22/2021 | | Uncashed Check No: 104581 | | | | No | $36.53 |
| 3.039 | RESIDENT 42, ID 81511 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | x | | | No | $20,130.00 |
| 3.040 | RESIDENT 92, ID 75757 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | x | | | No | $13,521.69 |
| 3.041 | BARRINGTON ORTHOPEDIC SPECIALISTS | PO BOX 20796 | | | | BELFAST | ME | 4915 | 1/30/2025 | | Uncashed Check No: 2212 | | | | No | $411.00 |
| 3.042 | RESIDENT 860 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | x | | | No | $32.40 |
| 3.043 | RESIDENT 895 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $636.58 |
| 3.044 | RESIDENT 879 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $100.00 |
| 3.045 | BENESTREAM, INC | 104 WEST 40TH STREET | SUITE 511 | | | NEW YORK | NY | 10018 | 08/20/2021 | | Uncashed Check No: 103602 | | | | No | $1,000.00 |
| 3.046 | BEVERLY GLOWACKI | ADDRESS ON FILE | | | | | | | 01/20/2023 | | Uncashed Check No: 106932 | | | | No | $31.56 |
| 3.047 | BEVERLY GLOWACKI | ADDRESS ON FILE | | | | | | | 08/31/2023 | | Uncashed Check No: 110321 | | | | No | $31.56 |
| 3.048 | RESIDENT 63, ID 70081 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $8,405.72 |
| 3.049 | RESIDENT 67, ID 74974 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | x | | | No | $9,004.24 |
| 3.050 | RESIDENT 69, ID 81072 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | x | | | No | $8,151.00 |
| 3.051 | RESIDENT 1094 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | x | | | No | $6,790.19 |
| 3.052 | RESIDENT 888 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $2,406.41 |
| 3.053 | BLAZEK, MEGAN | ADDRESS ON FILE | | | | | | | 05/15/2020 | | Uncashed Check No: 100193 | | | | No | $50.00 |
| 3.054 | BLUE CROSS BLUE SHIELD | 300 EAST RANDOLPH STREET | | | | CHICAGO | IL | 60601 | Undetermined | | Trade Claim | | | | No | $25,000.00 |
| 3.055 | RESIDENT 74, ID 75468 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | x | | | No | $18,603.75 |
| 3.056 | BREAKING GROUND IN DRUMMING | 4410 WILMETTE AVE | | | | ROLLING MEADOWS | IL | 60008 | Undetermined | | Trade Claim | | | | No | $600.00 |
| 3.057 | BRILLIANT SOURCE ENERGY | 88 FRONT STREET | | | | BEREA | OH | 44017 | 1/30/2025 | | Uncashed Check No: 2205 | | | | No | $300.00 |
| 3.058 | BYRNE, BRIDGET | ADDRESS ON FILE | | | | | | | 01/07/2022 | | Uncashed Check No: 104620 | | | | No | $50.00 |
| 3.059 | CADY LEDERBACH | ADDRESS ON FILE | | | | | | | 03/20/2022 | | Uncashed Check No: 105184 | | | | No | $60.00 |
| 3.060 | RESIDENT 1001 | ADDRESS ON FILE | | | | | | | 08/20/2020 | | Uncashed Check No: 100921 | | | | No | $50.00 |
| 3.061 | CAPITAL ONE TRADE CREDIT | PO BOX 60506 | | | | CITY OF INDUSTRY | CA | 91716 | Undetermined | | Trade Claim | | | | No | $236.13 |
| 3.062 | CARDON & TRACY | 30 NORTH LASALLE STREET | SUITE 2200 | | | CHICAGO | IL | 60602 | Undetermined | | Trade Claim | | | | No | $8,723.00 |
| 3.063 | CARL J STORZ | ADDRESS ON FILE | | | | | | | 10/02/2020 | | Uncashed Check No: 101255 | | | | No | $12.50 |
| 3.064 | RESIDENT 62, ID 65887 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | x | | | No | $8,195.11 |
| 3.065 | RESIDENT 1096 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | x | | | No | $6,799.19 |
| 3.066 | RESIDENT 1097 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | x | | | No | $6,799.19 |
| 3.067 | CDW GOVERNMENT | 75 REMITTANCE DRIVE, SUITE 1515 | | | | CHICAGO | IL | 60675 | 1/30/2025 | | Uncashed Check No: 2213 | | | | No | $4,305.00 |
| 3.068 | CHARLOTTE A GARR | ADDRESS ON FILE | | | | | | | 08/10/2023 | | Uncashed Check No: 110176 | | | | No | $840.00 |
| 3.069 | CHICAGO TRIBUNE | PO BOX 8027 | | | | WILLOUGHBY | OH | 44096-8027 | 05/25/2023 | | Uncashed Check No: 109723 | | | | No | $1,323.50 |
| 3.070 | CHOOSE YOUR GIFT | PO BOX 101164 | | | | CHICAGO | IL | 60693 | 04/04/2024 | | Uncashed Check No: 111678 | | | | No | $575.00 |
| 3.071 | RESIDENT 839 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | x | | | No | $800.00 |
| 3.072 | CHRISTINE CUMMINS | ADDRESS ON FILE | | | | | | | Undetermined | | Trade Claim | | | | No | $250.00 |
| 3.073 | CHUHAK & TECSON P.C. | 120 S RIVERSIDE PLAZA, SUITE 1700 | | | | CHICAGO | IL | 60606 | Undetermined | | Trade Claim | | | | No | $3,962.00 |
| 3.074 | CINTAS CORP | PO BOX 630921 | | | | CINCINNATI | OH | 45263 | Undetermined | | Trade Claim | | | | No | $1,808.46 |
| 3.075 | CIRQUES EXPERIENCE | 826 W GUNNISON ST | | | | CHICAGO | IL | 60640 | 8/15/2024 | | Uncashed Check No: 1340 | | | | No | $500.00 |
| 3.076 | CITY OF PARK RIDGE | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | x | | | No | $1,452.00 |
| 3.077 | COMMERCIAL ALARM SYSTEMS, LLC | PO BOX 772011 | | | | CHICAGO | IL | 60677 | Undetermined | | Trade Claim | | | | No | $1,996.00 |
| 3.078 | COMPLETE LIGHTING & SUPPLY INC. | 8250 LEHIGH AVE | | | | MORTON GROVE | IL | 60053 | Undetermined | | Trade Claim | | | | No | $190.65 |
| 3.079 | RESIDENT 864 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $5,783.60 |
| 3.080 | CONSTELLATION NEWENERGY INC | ATTN: LEGAL DEPT | PO BOX 4640 | | | CAROL STREAM | IL | 60197 | Undetermined | | Trade Claim | | | | No | $1,047.16 |
| 3.081 | CORE ORTHOPEDICS & SPORTS MEDICINE | PO BOX 14246 | | | | BELFAST | ME | 4915 | Undetermined | | Trade Claim | | | | No | $38.29 |
| 3.082 | CORTEX HEALTH INC | 50 W BROADWAY STE 333 | PMB 20819 | | | SALT LAKE CITY | UT | 84101 | Undetermined | | Trade Claim | | | | No | $1,943.00 |
| 3.083 | CR IMPROVEMENTS LLC | ATTN: LEGAL DEPT | 4130 DOWNERS DR | | | DOWNERS GROVE | IL | 60515 | Undetermined | | Trade Claim | | | | No | $47,324.50 |
| 3.084 | CRIVELLO, INC SYSTEMS LLC | ATTN: LEGAL DEPT | 5400 NEWPORT DR | STE 1 | | ROLLING MEADOWS | IL | 60008 | Undetermined | | Trade Claim | | | | No | $14,754.50 |
| 3.085 | CRYSTAL CLEAR MUSIC | 2400 EAST MAIN STREET, SUITE 103-180 | | | | SAINT CHARLES | IL | 60174 | 1/30/2025 | | Uncashed Check No: 2214 | | | | No | $375.00 |
| 3.086 | CULLIGAN OF WHEELING | PO BOX 1636 | | | | BOLINGBROOK | IL | 60440 | Undetermined | | Trade Claim | | | | No | $135.75 |
| 3.087 | RESIDENT 105, ID 77824 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | x | | | No | $14,418.40 |
| 3.088 | DANIEL'S SHARPSMART INC | PO BOX 730490 | | | | DALLAS | TX | 75373 | Undetermined | | Trade Claim | | | | No | $4,554.06 |
| 3.089 | DARLING INGREDIENTS INC | PO BOX 554885 | | | | DETROIT | MI | 48255 | 1/30/2025 | | Uncashed Check No: 2215 | | | | No | $2,465.00 |
| 3.090 | DARLING INGREDIENTS INC | PO BOX 554885 | | | | DETROIT | MI | 48255 | 11/27/2024 | | Uncashed Check No: 1881 | | | | No | $1,980.00 |
| 3.091 | DAVID JOHN | ADDRESS ON FILE | | | | | | | 11/27/2023 | | Uncashed Check No: 110264 | | | | No | $150.00 |
| 3.092 | DEAN CHRISTIAN INC | 854 HIGH GATE COURSE | | | | GLEN ELLYN | IL | 60137 | 1/30/2025 | | Uncashed Check No: 2216 | | | | No | $1,220.00 |
| 3.093 | DEAN CHRISTIAN INC | 854 HIGH GATE COURSE | | | | GLEN ELLYN | IL | 60137 | 11/27/2024 | | Uncashed Check No: 1882 | | | | No | $1,220.00 |
| 3.094 | RESIDENT KASER | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $201.00 |
| 3.095 | RESIDENT 155, ID 76560 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | x | | | No | $14,521.48 |
| 3.096 | RESIDENT 157, ID 79798 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | x | | | No | $7,013.80 |
| 3.097 | RESIDENT 159, ID 80462 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | x | | | No | $15,938.80 |
| 3.098 | RESIDENT 1101 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | x | | | No | $10,757.81 |
| 3.099 | DIRECT ENERGY BUSINESS | ATTN: LEGAL DEPT | PO BOX 70220 | | | PHILADELPHIA | PA | 19176 | Undetermined | | Trade Claim | | | | No | $1,285.48 |
| 3.100 | DIRECT SUPPLY, INC | PO BOX 88201 | | | | MILWAUKEE | WI | 53288 | Undetermined | | Trade Claim | | | | No | $1,061.98 |
| 3.101 | DJO GLOBAL, LLC | DJO LLC, 711 1ST AVENUE | | | | WALTHAM | MA | 2451 | 9/1/2024 | | Uncashed Check No: 1111 | | | | No | $77.98 |
| 3.102 | RESIDENT 835 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $644,127.56 |
| 3.103 | RESIDENT 161, ID 70479 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | x | | | No | $17,837.80 |
| 3.104 | RESIDENT 166, ID 66011 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | x | | | No | $9,833.19 |
| 3.105 | RESIDENT 168, ID 66033 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | x | | | No | $3,061.73 |
| 3.106 | RESIDENT 956 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | x | | | No | $800.00 |
| 3.107 | RESIDENT 991 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $6,556.70 |
| 3.108 | DOOR SYSTEMS, INC | 751 EXPRESSWAY DRIVE | | | | ITASCA | IL | 60143 | Undetermined | | Trade Claim | | | | No | $958.50 |
| 3.109 | RESIDENT 189, ID 74947 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | x | | | No | $13,908.57 |
| 3.110 | RESIDENT 867 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $50.00 |
| 3.111 | RESIDENT 865 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $1,486.56 |
| 3.112 | RESIDENT 873 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $26,636.38 |
| 3.113 | DOROTHY PACKO | ADDRESS ON FILE | | | | | | | 12/12/2024 | | Uncashed Check No: 1835 | | | | No | $301.00 |
| 3.114 | RESIDENT 865 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $406.47 |
| 3.115 | DOWNERS GROVE CPRI LTD | 1919 S HIGHLAND AVE | BUILDING A, STE 335 | | | LOMBARD | IL | 60148 | Undetermined | | Trade Claim | | | | No | $5,230.73 |
| 3.116 | DR. RICHARD BIALEK | ADDRESS ON FILE | | | | | | | 03/11/2022 | | Uncashed Check No: 105089 | | | | No | $25.00 |
| 3.117 | DUANE STAINES | ADDRESS ON FILE | | | | | | | 06/22/2023 | | Uncashed Check No: 109932 | | | | No | $470.00 |
| 3.118 | EARTHWISE ENVIRONMENTAL, LLC | PO BOX 157 | | | | MEAD | NE | 68041 | Undetermined | | Trade Claim | | | | No | $1,475.00 |
| 3.119 | EARTHWISE ENVIRONMENTAL, LLC | PO BOX 157 | | | | MEAD | NE | 68041 | 1/30/2025 | | Uncashed Check No: 2221 | | | | No | $950.00 |
| 3.120 | ECOLAB | PO BOX 70343 | | | | CHICAGO | IL | 60673 | Undetermined | | Trade Claim | | | | No | $3,551.23 |
| 3.121 | EDGEPARK MEDICAL SUPPLIES | 1810 SUMMIT COMMERCE PARK | | | | TWINSBURG | OH | 44087 | Undetermined | | Trade Claim | | | | No | $13,522.31 |
| 3.122 | RESIDENT 843 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $45.46 |
| 3.123 | RESIDENT 21, ID 77714 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | x | | | No | $15,132.82 |
| 3.124 | RESIDENT 212, ID 77714 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | x | | | No | $9,180.00 |
| 3.125 | RESIDENT 852 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $600.37 |
| 3.126 | RESIDENT 852 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $975.52 |
| 3.127 | RESIDENT 218, ID 79998 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | x | | | No | $7,813.80 |
| 3.128 | RESIDENT 882 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $870.00 |
| 3.129 | RESIDENT 882 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $8,425.00 |
| 3.130 | RESIDENT 840 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $0.01 |
| 3.131 | RESIDENT 849 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $100.00 |
| 3.132 | RESIDENT 220, ID 72803 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | x | | | No | $14,522.90 |

| ID | Creditor's Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | ZIP | Date Incurred | Last 4 Digits of Account # | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.133 | RESIDENT 919 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | X | | | No | $14,522.62 |
| 3.134 | RESIDENT 880 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $8,472.92 |
| 3.135 | RESIDENT 233: ID 77773 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | X | | | No | $611.49 |
| 3.136 | RESIDENT 234: ID 75609 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | X | | | No | $16,060.86 |
| 3.137 | RESIDENT 235: ID 78474 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $7,611.06 |
| 3.138 | ESTATE OF ALICE COSLEY | 62 E SURREY LANE | | | | BARRINGTON HILLS | IL | 60010 | 02/29/2024 | | Uncashed Check No. 111421 | | | | No | $890.37 |
| 3.139 | ESTATE OF BLANCHE C SCHILF | 1400 YELLOWSTONE PKWY | | | | ALGONQUIN | IL | 60102 | 12/07/2023 | | Uncashed Check No. 110889 | | | | No | $829.34 |
| 3.140 | ESTATE OF DOROTHY MENDE | CHICAGO TRUST MENDE | 201 SOUTH HOUGH ST | | | BARRINGTON | IL | 60010 | 06/24/2023 | | Uncashed Check No. 110294 | | | | No | $4,629.76 |
| 3.141 | ESTATE OF HELEN T BUCK | 1611 GREENWOOD DRIVE | | | | MOUNT PROSPECT | IL | 60056 | 08/10/2023 | | Uncashed Check No. 110195 | | | | No | $410.00 |
| 3.142 | ESTATE OF MARIAN B HANNAFORD | 242 BARDWELL ROAD | | | | INVERNESS | IL | 60010 | 08/10/2023 | | Uncashed Check No. 110197 | | | | No | $111.00 |
| 3.143 | ESTATE OF NORMA RUGEN | 7935 HWY X | | | | THREE LAKES | WI | 54562 | 07/20/2023 | | Uncashed Check No. 110051 | | | | No | $16,060.46 |
| 3.144 | RESIDENT 1118 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | X | | | No | $3,778.00 |
| 3.145 | RESIDENT 242: ID 61823 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $6,732.32 |
| 3.146 | RESIDENT 245: ID 74441 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $14,582.20 |
| 3.147 | FLOOD BROTHERS DISPOSAL | PO BOX 7800 | | | | CAROL STREAM | IL | 60197 | | | Unliquidated | | | | No | $2,844.77 |
| 3.148 | FLOOD BROTHERS DISPOSAL | PO BOX 7800 | | | | CAROL STREAM | IL | 60197 | | | Uncashed Check No. 2218 | | | | No | $2,049.07 |
| 3.149 | RESIDENT 306 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $355.24 |
| 3.150 | RESIDENT 252: ID 78934 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $7,071.77 |
| 3.151 | RESIDENT 671 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $38.57 |
| 3.152 | FRED JACOBI | ADDRESS ON FILE | | | | | | | Undetermined | | Trade Claim | | | | No | $200.00 |
| 3.153 | RESIDENT 1121 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $7,763.07 |
| 3.154 | RESIDENT 1122 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $6,079.45 |
| 3.155 | GALLS LLC | PO BOX 509814 | | | | ST LOUIS | MO | 63150 | | | Trade Claim | | | | No | $160.98 |
| 3.156 | GAYLE MASTRIANNO | ADDRESS ON FILE | | | | | | | Undetermined | | Uncashed Check No. 1119 | | | | No | $35.00 |
| 3.157 | GENERAL PARTS LLC | PO BOX 9201 | | | | MINNEAPOLIS | MN | 55480 | | | Trade Claim | | | | No | $3,016.08 |
| 3.158 | RESIDENT 854 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $6,399.02 |
| 3.159 | RESIDENT 863 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $21,506.49 |
| 3.160 | RESIDENT 833 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $2,862.66 |
| 3.161 | RESIDENT 854 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $319.74 |
| 3.162 | RESIDENT 251: ID 80325 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $6,778.00 |
| 3.163 | RESIDENT 862 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $2,832.74 |
| 3.164 | GORDON FOOD SERVICE | PO BOX 88029 | | | | CHICAGO | IL | 60680 | | | Trade Claim | | | | No | $2,051.04 |
| 3.165 | GORDON FOOD SERVICE, INC | PO BOX 88029 | | | | CHICAGO | IL | 60680 | 08/12/2022 | | Uncashed Check No. 106020 | | | | No | $4,209.55 |
| 3.166 | RESIDENT 1128 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | X | | | No | $14,605.78 |
| 3.167 | RESIDENT 302: ID 79400 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $7,611.06 |
| 3.168 | RESIDENT 1126 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $7,092.06 |
| 3.169 | RESIDENT 892 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $1,720.20 |
| 3.170 | HARTFORD RETIREE PRODUCT | 690 ASYLUM AVE | | | | HARTFORD | CT | 06155 | 01/07/2022 | | Uncashed Check No. 104638 | | | | No | $28.30 |
| 3.171 | HEALTHCARE SERVICE CORPORATION | ATTN: LEGAL DEPT | 300 E RANDOLPH ST | | | CHICAGO | IL | 60601 | | | Trade Claim | | | | No | $42,384.69 |
| 3.172 | HEALTHCARE & FAMILY SERVICES | ATTN: LEGAL DEPT | 201 S GRAND AVE E | 3RD FL | | SPRINGFIELD | IL | 62763-0002 | | | Trade Claim | | | | No | $433,372.00 |
| 3.173 | RESIDENT 306: ID 80371 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $7,365.00 |
| 3.174 | HOPE FULL LIVING | 5 MARTIN LUTHER DR | | | | FORT WAYNE | IN | 46825 | 06/21/2024 | | Uncashed Check No. 112092 | | | | No | $280.50 |
| 3.175 | RESIDENT 317: ID 82774 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $720.00 |
| 3.176 | ICE MILLER LLP | PO BOX 68 | | | | INDIANAPOLIS | IN | 46206 | | | Trade Claim | | | | No | $6,900.00 |
| 3.177 | RESIDENT 318: ID 74432 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $5,789.19 |
| 3.178 | IL BONE & JOINT INSTITUTE | 5067 HI-FISHERIE CIRCLE | | | | CHICAGO | IL | 60674 | | | Trade Claim | | | | No | $374.10 |
| 3.179 | IL DEPARTMENT OF PUBLIC HEATLH | P.O. BOX 4263 | | | | SPRINGFIELD | IL | 62708 | 8/1/2024 | | Uncashed Check No. 1131 | | | | No | $2,023.00 |
| 3.180 | ILLINOIS STATE POLICE | BUREAU OF IDENTIFICATION | 260 NORTH CHICAGO STREET | | | JOLIET | IL | 60432 | 1/30/2025 | | Uncashed Check No. 2207 | | | | No | $1,240.00 |
| 3.181 | ILLINOIS TOLLWAY | PO BOX 5544 | | | | CHICAGO | IL | 60680 | 1/30/2025 | | Uncashed Check No. 2215 | | | | No | $629.80 |
| 3.182 | ILLINOIS TOLLWAY | PO BOX 5544 | | | | CHICAGO | IL | 60680 | 1/30/2025 | | Uncashed Check No. 2225 | | | | No | $254.35 |
| 3.183 | ILLINOIS TOLLWAY | PO BOX 5544 | | | | CHICAGO | IL | 60680 | 07/16/2024 | | Uncashed Check No. 112191 | | | | No | $15.70 |
| 3.184 | ILLINOIS TOLLWAY | PO BOX 5544 | | | | CHICAGO | IL | 60680 | 07/16/2024 | | Uncashed Check No. 112191 | | | | No | $116.05 |
| 3.185 | INCHECK, INC | 7500 WEST STATE STREET | SUITE 200 | | | WAUWATOSA | WI | 53213 | | | Trade Claim | | | | No | $2,856.00 |
| 3.186 | RESIDENT 855 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $6,731.95 |
| 3.187 | RESIDENT 855 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | X | | | No | $650.00 |
| 3.188 | RESIDENT 1133 | ADDRESS ON FILE | | | | | | | Undetermined | | Bond Reserve | X | | | No | $3,200.00 |
| 3.189 | J KEVIN CHAPMAN | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | X | | | No | $200.00 |
| 3.190 | RESIDENT 1134 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | X | | | No | $8,211.13 |
| 3.191 | RESIDENT 302: ID 77486 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $7,318.30 |
| 3.192 | RESIDENT 823 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $6,514.00 |
| 3.193 | RESIDENT 823 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | X | | | No | $550.00 |
| 3.194 | RESIDENT 1137 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $15,181.76 |
| 3.195 | JANI WINK | ADDRESS ON FILE | | | | | | | Undetermined | | Trade Claim | | | | No | $135.00 |
| 3.196 | RESIDENT 878 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $80.00 |
| 3.197 | RESIDENT 365: ID 70817 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $5,049.80 |
| 3.198 | RESIDENT 595: ID 64342 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $6,657.30 |
| 3.199 | RESIDENT 880 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $1,587.21 |
| 3.200 | RESIDENT 1140 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | X | | | No | $13,924.00 |
| 3.201 | RESIDENT 370: ID 80889 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $7,365.00 |
| 3.202 | JEANETTE PRINCIPE | ADDRESS ON FILE | | | | | | | 08/10/2023 | | Uncashed Check No. 110211 | | | | No | $46.96 |
| 3.203 | JEANN CETERA | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | X | | | No | $177.62 |
| 3.204 | JENNIFER HALL | ADDRESS ON FILE | | | | | | | Undetermined | | Trade Claim | | | | No | $200.00 |
| 3.205 | JIM AUSTIN | ADDRESS ON FILE | | | | | | | Undetermined | | Trade Claim | | | | No | $300.00 |
| 3.206 | RESIDENT 931 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $79.00 |
| 3.207 | RESIDENT 380: ID 77926 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $8,526.09 |
| 3.208 | RESIDENT 384: ID 74579 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $4,779.74 |
| 3.209 | RESIDENT 386: ID 74579 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | X | | | No | $1,376.12 |
| 3.210 | RESIDENT 881 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | X | | | No | $3,166.27 |
| 3.211 | RESIDENT 881 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $395.00 |
| 3.212 | JOANNA COY | ADDRESS ON FILE | | | | | | | 12/07/2023 | | Uncashed Check No. 110884 | | | | No | $314.27 |
| 3.213 | RESIDENT 1502 | ADDRESS ON FILE | | | | | | | 1/23/2025 | | Uncashed Check No. 2172 | | | | No | $60,000.00 |
| 3.214 | RESIDENT 847 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $6,417.21 |
| 3.215 | JOHN LANG | ADDRESS ON FILE | | | | | | | Undetermined | | Uncashed Check No. 11593 | | | | No | $290.00 |
| 3.216 | RESIDENT 1145 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | X | | | No | $0.06 |
| 3.217 | JOHNSON CONTROLS FIRE PROTECTION | DEPT CH 10320 | | | | PALATINE | IL | 60055 | | | Trade Claim | | | | No | $2,404.07 |
| 3.218 | JOHNSON CONTROLS FIRE PROTECTION | DEPT CH 10320 | | | | PALATINE | IL | 60055 | 1/30/2025 | | Uncashed Check No. 2221 | | | | No | $5,136.10 |
| 3.219 | JOHNSON CONTROLS SECURITY SOLUTIONS | PO BOX 371967 | | | | PITTSBURGH | PA | 15250 | | | Trade Claim | | | | No | $519.22 |
| 3.220 | RESIDENT 967 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $123.20 |
| 3.221 | RESIDENT 414: ID 75322 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $16,060.54 |
| 3.222 | JOSEPHINE TABOR | ADDRESS ON FILE | | | | | | | 04/27/2023 | | Uncashed Check No. 109545 | | | | No | $9.94 |
| 3.223 | RESIDENT 418: ID 80203 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | X | | | No | $15,090.62 |
| 3.224 | JOYCE M REILLY | ADDRESS ON FILE | | | | | | | 08/10/2023 | | Uncashed Check No. 110213 | | | | No | $972.52 |
| 3.225 | RESIDENT 1147 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $7,071.60 |
| 3.226 | RESIDENT 424: ID 80158 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $15,090.88 |
| 3.227 | RESIDENT 826 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $135.00 |
| 3.228 | RESIDENT 826 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $2,468.46 |
| 3.229 | RESIDENT 1150 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | X | | | No | $5,359.00 |
| 3.230 | RESIDENT 886 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $5,227.00 |
| 3.231 | JULIUS KOPELSKI | ADDRESS ON FILE | | | | | | | 08/10/2023 | | Uncashed Check No. 109799 | | | | No | $3,245.00 |
| 3.232 | K&M PRINTING CO | ATTN: LEGAL DEPT | 1610 N MEACHAM RD | | | SCHAUMBURG | IL | 60173 | | | Trade Claim | | | | No | $4,929.20 |
| 3.233 | RESIDENT 440: ID 79544 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | X | | | No | $15,781.29 |
| 3.234 | RESIDENT 1152 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $9,933.78 |
| 3.235 | RESIDENT 450: ID 74649 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $6,677.30 |
| 3.236 | RESIDENT 865 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $349.70 |
| 3.237 | KATHLEEN MONSON | ADDRESS ON FILE | | | | | | | 1/30/2025 | | Uncashed Check No. 2163 | | | | No | $560.00 |
| 3.238 | KATHRYN M LEES | ADDRESS ON FILE | | | | | | | 08/10/2023 | | Uncashed Check No. 110216 | | | | No | $82.28 |
| 3.239 | RESIDENT 455: ID 78778 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | X | | | No | $17,922.32 |
| 3.240 | RESIDENT 450: ID 78781 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $14,322.62 |
| 3.241 | KURTK SARAH | ADDRESS ON FILE | | | | | | | 04/23/2021 | | Uncashed Check No. 109769 | | | | No | $100.00 |
| 3.242 | LANA STEPATIS | ADDRESS ON FILE | | | | | | | 08/10/2023 | | Uncashed Check No. 110217 | | | | No | $511.72 |
| 3.243 | LANER MUCHIN LTD | 515 NORTH STATE STREET | SUITE 2400 | | | CHICAGO | IL | 60654 | | | Trade Claim | | | | No | $1,350.00 |
| 3.244 | RESIDENT 846 | ADDRESS ON FILE | SUITE 2500 | | | | | | Undetermined | | Resident Funds Claim | | | | No | $522.86 |
| 3.245 | LASALLE NETWORK | 200 NORTH LASALLE STREET | | | | CHICAGO | IL | 60601 | 02/23/2023 | | Uncashed Check No. 109769 | | | | No | $426.15 |
| 3.246 | LAUNDRY LUXE | ADDRESS ON FILE | | | | | | | Undetermined | | Trade Claim | | | | No | $1,550.50 |
| 3.247 | RESIDENT 864 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $6,635.00 |
| 3.248 | RESIDENT 1156 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $6,035.03 |
| 3.249 | LEADING AGE ILLINOIS | DEPARTMENT #10347 | PO BOX 87618 | | | CHICAGO | IL | 60680-0618 | 1/23/2025 | | Uncashed Check No. 2173 | | | | No | $2,750.00 |
| 3.250 | RESIDENT 1157 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $35,090.00 |
| 3.251 | LEVEL 3 COMMUNICATIONS LLC | LEVEL 3 FINANCING, INC | PO BOX 910182 | | | DENVER | CO | 80291 | | | Trade Claim | | | | No | $14,401.79 |
| 3.252 | LIFESTILE/RAPHIORI | 925 N KARLOV AVE | | | | CHICAGO | IL | 60651 | | | Trade Claim | | | | No | $2,124.00 |
| 3.253 | LITURGICAL PUBLICATIONS, INC | 2875 S JAMES DRIVE | | | | NEW BERLIN | WI | 53151-0817 | 06/21/2023 | | Uncashed Check No. 110241 | | | | No | $83.33 |
| 3.254 | LOGISTICS MANAGEMENT SOLUTIONS | 160 EMMONS AVE PO BOX 27 | | | | MILWAUKEE | WI | 53259 | | | Trade Claim | | | | No | $3,852.40 |
| 3.255 | RESIDENT 841 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $6,574.00 |
| 3.256 | RESIDENT 1158 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | X | | | No | $13,931.00 |
| 3.257 | RESIDENT 851 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $7,765.07 |
| 3.258 | RESIDENT 851 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $57.00 |
| 3.259 | RESIDENT 1162 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $14,722.28 |
| 3.260 | RESIDENT 1143 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | X | | | No | $692.00 |
| 3.261 | RESIDENT 927 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $350.00 |
| 3.262 | LUTHERAN LIFE COMMUNITIES FOUNDATION | 800 WEST OAKTON STREET | | | | ARLINGTON HEIGHTS | IL | 60004 | | | Intercompany Payable | X | | | No | $6,614,256.00 |
| 3.263 | RESIDENT 456: ID 82362 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | | | | No | $10.00 |

| ID | Creditor's Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | ZIP | Date Incurred | Last 4 Digits of Account # | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| ID | Creditor's Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | ZIP | Date Incurred | Last 4 Digits of Account # | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.397 | RESIDENT 1203 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $1,600.22 |
| 3.398 | DYLAN'S FLOWERS | 1820 N ARLINGTON HEIGHTS RD | | | | ARLINGTON HEIGHTS | IL | 60004 | 8/15/2024 | | Uncashed Check No. 1359 | | | | No | $512.71 |
| 3.399 | TERMINIX ANDERSON | PO BOX 740608 | | | | CINCINNATI | OH | 45274-0608 | Undetermined | | Trade Claim | | | | No | $60.62 |
| 3.400 | RESIDENT 642 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | x | | | No | $833.70 |
| 3.401 | THERMOSYSTEMS LLC | 860 INDUSTRIAL DRIVE | UNIT 1 | | | ELMHURST | IL | 60126 | Undetermined | | Trade Claim | | | | No | $4,870.14 |
| 3.402 | THERMOSYSTEMS LLC | 860 INDUSTRIAL DRIVE | UNIT 1 | | | ELMHURST | IL | 60126 | 1/30/2025 | | Uncashed Check No. 2231 | | | | No | $1,027.80 |
| 3.403 | THIRD EYE HEALTH INC | PO BOX 67259 | | | | | NJ | 7101 | Undetermined | | Trade Claim | | | | No | $650.00 |
| 3.404 | THOMAS CUISINE | ATTN: LEGAL DEPT | 700 E FRANKLIN RD | | | MERIDIAN | ID | 83642 | Undetermined | | Trade Claim | | | | Yes | $428,766.65 |
| 3.405 | THOMAS K REILLY | ADDRESS ON FILE | | | | | | | 08/10/2023 | | Uncashed Check No. 110240 | | | | No | $1,008.00 |
| 3.406 | TOWN SQUARE PUBLICATIONS | 155 E. ALGONQUIN RD. | | | | ARLINGTON HEIGHTS | IL | 60005 | 01/14/2021 | | Uncashed Check No. 102059 | | | | No | $995.00 |
| 3.407 | UNITED HEALTHCARE | ATTN: COMBANKRUPTCY | 185 ASYLUM ST - 03B | | | HARTFORD | CT | 06103 | 06/22/2021 | | Uncashed Check No. 103186 | | | | No | $1,530.35 |
| 3.408 | URBAN ELEVATOR SERVICE | PO BOX 70 | | | | BERWYN | IL | 60402 | 1/23/2025 | | Trade Claim | | | | No | $2,705.30 |
| 3.409 | URBAN ELEVATOR SERVICE | PO BOX 70 | | | | BERWYN | IL | 60402 | 1/23/2025 | | Uncashed Check No. 2201 | | | | No | $2,705.30 |
| 3.410 | URBAN ELEVATOR SERVICE | PO BOX 70 | | | | BERWYN | IL | 60402 | 03/21/2024 | | Uncashed Check No. 111559 | | | | No | $2,801.25 |
| 3.411 | UVANTA PHARMACY NORTHERN IL | 200 E HOWARD | | | | DES PLAINES | IL | 60018 | Undetermined | | Trade Claim | | | | No | $1,073.12 |
| 3.412 | RESIDENT TMC ID 80844 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $8,151.00 |
| 3.413 | VILLAGE OF ARLINGTON HEIGHTS | 33 S. ARLINGTON HEIGHTS RD | | | | ARLINGTON HEIGHTS | IL | 60005 | Undetermined | | Trade Claim | | | | No | $9,047.60 |
| 3.414 | VIOLATION ENFORCEMENT SERVICES | PO BOX 1212 | | | | HORSEHEADS | NY | 14845-1200 | Undetermined | | Trade Claim | | | | No | $79.60 |
| 3.415 | RESIDENT 825 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | x | | | No | $2,793.74 |
| 3.416 | RESIDENT 629 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | x | | | No | $800.38 |
| 3.417 | RESIDENT 849 | ADDRESS ON FILE | | | | | | | Undetermined | | Resident Funds Claim | x | | | No | $118.23 |
| 3.418 | WAREHOUSE DIRECT | 2001 S. MOUNT PROSPECT ROAD | | | | DES PLAINES | IL | 60018 | Undetermined | | Trade Claim | | | | No | $256.24 |
| 3.419 | RESIDENT 1208 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | X | | | No | $15,182.39 |
| 3.420 | WELLBY CORPORATION | PO BOX 200086 | | | | DALLAS | TX | 75320 | Undetermined | | Trade Claim | | | | No | $1,200.00 |
| 3.421 | WELTMAN WEINBERG & REIS CO LPA | 965 KEYNOTE CIRCLE | | | | CLEVELAND | OH | 44131 | Undetermined | | Trade Claim | | | | No | $60,227.47 |
| 3.422 | WELTMAN WEINBERG & REIS CO LPA | 965 KEYNOTE CIRCLE | | | | CLEVELAND | OH | 44131 | 1/30/2025 | | Uncashed Check No. 2232 | | | | No | $100.00 |
| 3.423 | WILLIAM DINCHAK | ADDRESS ON FILE | | | | | | | 06/21/2023 | | Uncashed Check No. 110472 | | | | No | $200.00 |
| 3.424 | WINTER SERVICES | PO BOX 85284 | | | | CHICAGO | IL | 60085 | Undetermined | | Trade Claim | | | | No | $37,535.00 |
| 3.425 | WITM PRODUCTIONS INC | 659 ASTOR LANE | | | | WHEELING | IL | 60090 | 1/30/2025 | | Uncashed Check No. 2233 | | | | No | $250.00 |
| 3.426 | YURI BOKOV | ADDRESS ON FILE | | | | | | | 1/2/2025 | | Uncashed Check No. 2091 | | | | No | $270.00 |
| 3.427 | ALL SENIOR OPTIONS LLC | C/O MAGES & PRICE LLC | 1110 W LAKE COOK RD #365 | | | BUFFALO GROVE | IL | 60089 | Undetermined | | Potential Litigation Claim | X | X | X | No | Undetermined |
| 3.428 | RESIDENT 1210 | ADDRESS ON FILE | | | | | | | Undetermined | | Trade Claim | X | X | X | No | $17,138.36 |
| 3.429 | CLIFTON LARSON ALLEN | PO BOX 775847 | | | | CHICAGO | IL | 60677 | Undetermined | | Trade Claim | | | | No | Undetermined |
| 3.430 | RESIDENT 1211 | ADDRESS ON FILE | | | | | | | Undetermined | | Potential Litigation Claim | X | X | X | No | Undetermined |
| 3.431 | FULLCOUNT | 1555 SE DELAWARE AVENUE, SUITE A | | | | ANKENY | IA | 50021 | Undetermined | | Trade Claim | | | | No | $2,052.00 |
| 3.432 | GENESIS ONE | PO BOX 87366 | | | | CAROL STREAM | IL | 60188-7366 | Undetermined | | Trade Claim | | | | No | $9,302.46 |
| 3.433 | RESIDENT 1212 | ADDRESS ON FILE | | | | | | | Undetermined | | Potential Litigation Claim | X | X | X | No | Undetermined |
| 3.434 | INCHECK, INC. | 7500 WEST STATE STREET | SUITE 200 | | | WAUWATOSA | WI | 53213 | Undetermined | | Trade Claim | | | | No | $622.80 |
| 3.435 | INTELLITEC SOLUTIONS, LLC | 750 PRIDES CROSSING | SUITE 100 | | | NEWARK | DE | 19713 | Undetermined | | Trade Claim | | | | No | $1,488.75 |
| 3.436 | RESIDENT 1213 | ADDRESS ON FILE | | | | | | | Undetermined | | Potential Litigation Claim | X | X | X | No | Undetermined |
| 3.437 | RESIDENT 234: ID 75609 | ADDRESS ON FILE | | | | | | | Undetermined | | Potential Litigation Claim | X | X | X | No | Undetermined |
| 3.438 | RESIDENT 501: ID 73876 | ADDRESS ON FILE | | | | | | | Undetermined | | Potential Litigation Claim | X | X | X | No | Undetermined |
| 3.439 | RESIDENT 1214 | ADDRESS ON FILE | | | | | | | Undetermined | | Potential Litigation Claim | X | X | X | No | Undetermined |
| 3.440 | LUTHER VILLAGE | C/O SKADDEN | 320 S CANAL ST | | | CHICAGO | IL | 60606 | Undetermined | | Potential Litigation Claim | X | X | X | No | Undetermined |
| 3.441 | RESIDENT 1215 | ADDRESS ON FILE | | | | | | | Undetermined | | Potential Litigation Claim | X | X | X | No | Undetermined |
| 3.442 | ONENECK IT SOLUTIONS LLC | ATTN: LEGAL DEPT | PO BOX 85790 | | | MINNEAPOLIS | MN | 55480 | Undetermined | | Trade Claim | | | | No | $4,359.76 |
| 3.443 | PATHWAY HEALTH SERVICES | C/O LAKE ELMO BANK | PO BOX 877 | | | LAKE ELMO | MN | 55042 | Undetermined | | Trade Claim | | | | No | $3,064.96 |
| 3.444 | PLANTE & MORAN PLLC | 16060 COLLECTIONS CENTER DRIVE | | | | CHICAGO | IL | 60693 | Undetermined | | Trade Claim | | | | No | $24,895.80 |
| 3.445 | RESIDENT 1217 | ADDRESS ON FILE | | | | | | | Undetermined | | Potential Litigation Claim | X | X | X | No | Undetermined |
| 3.446 | POINTCLICKCARE TECHNOLOGIES INC. | PO BOX 674602 | | | | DETROIT | MI | 48267-4602 | Undetermined | | Trade Claim | | | | No | $15,311.39 |
| 3.447 | PRELUDE SYSTEMS, INC. | 5095 RITTER ROAD | SUITE 112 | | | MECHANICSBURG | PA | 17055 | Undetermined | | Trade Claim | | | | No | $2,847.96 |
| 3.448 | RICHTER HEALTHCARE CONSULTANTS | 8946 CANYON FALLS BLVD #400 | | | | TWINSBURG | OH | 44087 | Undetermined | | Trade Claim | | | | No | $39,363.00 |
| 3.449 | THOMAS CUISINE | ATTN: LEGAL DEPT | 700 E FRANKLIN RD | | | MERIDIAN | ID | 83642 | Undetermined | | Trade Claim | | | | Yes | $35,037.54 |
| 3.450 | RESIDENT 1218 | ADDRESS ON FILE | | | | | | | Undetermined | | Potential Litigation Claim | X | X | X | No | Undetermined |

Total   $10,630,285.27

**Fill in this information to identify the case:**

Debtor name: Lutheran Home for the Aged, Inc.

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 25-01707

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:**   **Executory Contracts and Unexpired Leases**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.1 **State what the contract or lease is for and the nature of the debtor's interest**   See Schedule G Attachment

**State the term remaining**

**List the contract number of any government contract**

| ID | Description of Contract or Lease | Remainder of Term (Days) | Contract ID | Notice Party's Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.001 | SUB-ACUTE PHYSICAL MEDICINE AND REHABILITATION SERVICES AGREEMENT | 1048 Days | | ADVANCED REHABILITATION CARE, LLC | ATTN: RUPAK PARIKH | 823 SARA COURT | | ELK GROVE VILLAGE | IL | 60007 | |
| 2.002 | SUB-ACUTE PHYSICAL MEDICINE AND REHABILITATION SERVICES AGREEMENT | 1048 Days | | ADVANCED REHABILITATION CARE, LLC | ATTN: RUPAK PARIKH | 823 SARA COURT | | ELK GROVE VILLAGE | IL | 60007 | |
| 2.003 | AGREEMENT FOR PHARMACY AND CONSULTING SERVICES | Undetermined | | CHICAGO MEDS, LLC DBA UVANTA PHARMACY - NORTHERN IL | ATTN: JULIE DEPALMA | 200 E HOWARD AVENUE | SUITE 226 | DES PLAINES | IL | 60018 | |
| 2.004 | PROFESSIONAL SERVICES AGREEMENT | 255 Days | | INTEGRATED REHAB CONSULTANTS PLLC | 401 N MICHIGAN AVE | SUITE 1200 | | CHICAGO | IL | 60611 | |
| 2.005 | ADDENDUM TO NURSING FACILITY SERVICES AGREEMENT | Undetermined | | RESIDENTIAL HOSPICE ILLINOIS, LLC DBA RESIDENTIAL HOSPICE | 2443 WARRENVILLE RD | SUITE 500 | | LISLE | IL | 60532-4356 | |
| 2.006 | ADDENDUM TO NURSING FACILITY SERVICES AGREEMENT | Undetermined | | RESIDENTIAL HOSPICE ILLINOIS, LLC DBA RESIDENTIAL HOSPICE | 2443 WARRENVILLE RD | SUITE 500 | | LISLE | IL | 60532-4356 | |
| 2.007 | BASIC PROTECTION PLAN AGREEMENT 27408-1 | Undetermined | | RF TECHNOLOGIES, INC (RFT) | ATTN: SERVICES AGREEMENT SPECIALIST | 3125 N. 126TH STREET | | BROOKFIELD | WI | 53005 | |
| 2.008 | AMENDMENT TO THERAPY SERVICES AGREEMENT | Undetermined | | SELECT REHABILITATION, LLC | 2600 COMPASS ROAD | | | GLENVIEW | IL | 60026 | |
| 2.009 | THERAPY SERVICES AGREEMENT | Undetermined | | SELECT REHABILITATION, LLC | 2600 COMPASS ROAD | | | GLENVIEW | IL | 60026 | |
| 2.010 | PURCHASE AND PROGRAMMING AGREEMENT | 569 Days | | STELLAR PRIVATE CABLE SYSTEMS, INC. | 975 E. TALLMADGE AVE | | | AKRON | OH | 44310 | |
| 2.011 | AGREEMENT FOR NURSING FACILITY AND INPATIENT RESPITE SERVICES | 325 Days | | VITAL HEALTHCARE CORPORATION OF ILLINOIS | ATTN: GENERAL MANAGER | 580 WATERS EDGE | SUITE 100 | LOMBARD | IL | 60148 | |
| 2.012 | AGREEMENT FOR NURSING FACILITY AND INPATIENT RESPITE SERVICES | Undetermined | | VITAS HEALTHCARE CORPORATION OF ILLINOIS | ATTN: GENERAL MANAGER | 580 WATERS EDGE | SUITE 100 | LOMBARD | IL | 60148 | |
| 2.013 | SNOW AND ICE MANAGEMENT AGREEMENT | 43 Days | | WINTER SERVICES, LLC | 5343 N 118TH CT | | | MILWAUKEE | WI | 53225 | |

**Fill in this information to identify the case:**

Debtor name: Lutheran Home for the Aged, Inc.

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 25-01707

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing Address** | | **Name** | **Check all schedules that apply:** |
| 2.1 Luther Oaks, Inc. | ATTN: JULIE BECKER 120 SIXTH STREET SOUTH SUITE 1400 MINNEAPOLIS, MN 55402 | UMB Bank, N.A. | ☑ D ☐ E/F ☐ G |
| 2.2 Lutheran Home and Services for the Aged, Inc. | ATTN: JULIE BECKER 120 SIXTH STREET SOUTH SUITE 1400 MINNEAPOLIS, MN 55402 | UMB Bank, N.A. | ☑ D ☐ E/F ☐ G |
| 2.3 Pleasant View Luther Home, Inc. | ATTN: JULIE BECKER 120 SIXTH STREET SOUTH SUITE 1400 MINNEAPOLIS, MN 55402 | UMB Bank, N.A. | ☑ D ☐ E/F ☐ G |
| 2.4 Wittenberg Lutheran Village, Inc. | ATTN: JULIE BECKER 120 SIXTH STREET SOUTH SUITE 1400 MINNEAPOLIS, MN 55402 | UMB Bank, N.A. | ☑ D ☐ E/F ☐ G |

| 2.5 Wittenberg Lutheran Village Endowment Corporation | ATTN: JULIE BECKER<br>120 SIXTH STREET SOUTH<br>SUITE 1400<br>MINNEAPOLIS, MN 55402 | UMB Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 Luther Oaks, Inc. | ATTN: KIM MCMAHON<br>JOHN WHYMAN<br>8750 W. BRYN MAWR AVENUE<br>CHICAGO, IL 60631 | Old National Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.7 Lutheran Home and Services for the Aged, Inc. | ATTN: KIM MCMAHON<br>JOHN WHYMAN<br>8750 W. BRYN MAWR AVENUE<br>CHICAGO, IL 60631 | Old National Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 Pleasant View Luther Home, Inc. | ATTN: KIM MCMAHON<br>JOHN WHYMAN<br>8750 W. BRYN MAWR AVENUE<br>CHICAGO, IL 60631 | Old National Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 Wittenberg Lutheran Village, Inc. | ATTN: KIM MCMAHON<br>JOHN WHYMAN<br>8750 W. BRYN MAWR AVENUE<br>CHICAGO, IL 60631 | Old National Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 Wittenberg Lutheran Village Endowment Corporation | ATTN: KIM MCMAHON<br>JOHN WHYMAN<br>8750 W. BRYN MAWR AVENUE<br>CHICAGO, IL 60631 | Old National Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 Luther Oaks, Inc. | ATTN: CAROLYN GERGITS<br>8765 W HIGGINS RD<br>CHICAGO, IL 60631 | Mission Investment Fund of the Evangelical Lutheran Church in America | ☑ D<br>☐ E/F<br>☐ G |
| 2.12 Lutheran Home and Services for the Aged, Inc. | ATTN: CAROLYN GERGITS<br>8765 W HIGGINS RD<br>CHICAGO, IL 60631 | Mission Investment Fund of the Evangelical Lutheran Church in America | ☑ D<br>☐ E/F<br>☐ G |

2.13
Pleasant View Luther
Home, Inc.

ATTN: CAROLYN GERGITS
8765 W HIGGINS RD
CHICAGO, IL 60631

Mission Investment Fund of the Evangelical Lutheran
Church in America

☑ D
☐ E/F
☐ G

2.14
Wittenberg Lutheran
Village, Inc.

ATTN: CAROLYN GERGITS
8765 W HIGGINS RD
CHICAGO, IL 60631

Mission Investment Fund of the Evangelical Lutheran
Church in America

☑ D
☐ E/F
☐ G

2.15
Wittenberg Lutheran
Village Endowment
Corporation

ATTN: CAROLYN GERGITS
8765 W HIGGINS RD
CHICAGO, IL 60631

Mission Investment Fund of the Evangelical Lutheran
Church in America

☑ D
☐ E/F
☐ G

2.16
Lutheran Life Ministries

MISSION INVESTMENT FUND OF THE EVANGELICAL
LUTHERAN CHURCH IN AMERICA
ATTN: CAROLYN GERGITS
8765 W. HIGGINS RD
CHICAGO, IL 60631

Mission Investment Fund of the Evangelical Lutheran
Church in America

☑ D
☐ E/F
☐ G